UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MR. Carlos Ramirez
3661700204

Write the full name of each plaintiff.

18 CV 283
No. ____________
(To be filled out by Clerk's Office)

-against-

NYCDOC
WARDEN SMITH
Dep of security CAPUTO
security CAPTAIN
Asst. Dep WARDEN of security (SANCHEZ)

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

## COMPLAINT
(Prisoner)

Do you want a jury trial?
☒ Yes ☐ No

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☒ Violation of my federal constitutional rights

☐ Other: ______________________

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

CArlos RAMiReZ

First Name Middle Initial Last Name

______________________

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

3601700204

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

AMKC NYCDOC

Current Place of Detention

18-18 HAzeN st

Institutional Address

Qns NY 11360

County, City State Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☒ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced prisoner

☐ Other: ______________________

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1: Smith
First Name Last Name Shield #
WARDEN
Current Job Title (or other identifying information)
18-18 HAZEN St AMKC
Current Work Address
QNS NY 11370
County, City State Zip Code

Defendant 2: CAPUTO
First Name Last Name Shield #
Deputy of security
Current Job Title (or other identifying information)
18 18 HAZEN st
Current Work Address
Qns, NY NY 11370
County, City State Zip Code

Defendant 3: SANCHEZ
First Name Last Name Shield #
Asst. Dep. WARDEN of security
Current Job Title (or other identifying information)
18-18 HAZEN st
Current Work Address
Queens NY 11370
County, City State Zip Code

Defendant 4: KenLock
First Name Last Name Shield #
Captain of Security KenLock
Current Job Title (or other identifying information)
18-18 HAZEN st
Current Work Address
Qns NY 11370
County, City State Zip Code

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Intake

Date(s) of occurrence: 10/24/17 until Decem

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

Upon arriving to intake, They Called My Name For Court, The C.O. stated That I Need to gear up cause I'm classified with Red I.D & Need to Put on A orange Jumper suit (Not cleaned or New But "Used") Then My Hands, feet & waist was shackled. after, I was given A Mask And safety Mittens. I asked why & stated to The Corr. officers, to Look into situation That There May be A Mistake & They Are wrong. C.O. stated "I'm Just Following orders & Protocol and Handle it" So I had to Endure Physical Pains & Discomfort. Mentally I felt As if I were the Most evilish MAN on EArth. As I Rode in the Bus to Court it was very uncomfortable, inhumane & I went Through alot of mental anguish, embarassment Prejudge By Court officials, Corr. officers Civilian, Judges & other inmate. I was in A Bullpen All Day Since The night time/evening I Also file A Grievance #3601700204/Ref 68780

in hopes That This unnecessary, Cruel $ unusual non-deserving, Treatment is vacated off The Record. This situation was deliberate indifference where They new $ Disregarded The situation. Lastly since The 10/24/17 I have been wearing a Red I.D. In which Im stereotype, searched oftenly More Than usual. Red I.D Make A Flag Raised Mentally to any correction employees or special search Team.

**INJURIES:** Complained to 311 # C-1-1-147-816-5932

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Handcuffs $ Ankle cuffs to Tight in which caused Pain $ Burning from Twisting $ Turning. Searched several times $ was Put through Degradation $ stereo Type By security $ civilian. My Family seen me in Red I.D. clothing at Court.

**VI. RELIEF**

State briefly what money damages or other relief you want the court to order.

I seek for NYCDOC action to Be Rectified $ To correct Protocol. This shall Prevent future occurring with other Inmates

Lastly I seek Monetary Compensation for The violation of The above cause $ action I ask for $500,000.00 (Five hundred Thousand Dollars)

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application,

01-04-18
Dated

X [signature]
Plaintiff's Signature

Carlos RAMIREZ
First Name | Middle Initial | Last Name

AMKC 18-18 HAZEN St
Prison Address

Qns NY 11370
County, City | State | Zip Code

Date on which I am delivering this complaint to prison authorities for mailing: ____________


944912P
1700204
CATHOLIC
NYCDOC
RAMIREZ
CARLOS


Exhibit A



Attachment B Ref 68780

Form #7101R, Eff. 09/10/12, Ref. Dir. #3376 - page 1



City of New York - Department of Correction

# INMATE GRIEVANCE AND REQUEST PROGRAM STATEMENT FORM

| Inmate's Name: | Book & Case #: | NYSID # (optional): | |
|---|---|---|---|
| Carlos Ramirez | 3601700204 | | |
| Facility: | Housing Area: | Date of Incident: | Date Submitted: |
| AMKC | W19 4A | 10/24/17 | 10/24/17 |

All grievances and requests must be submitted within ten business days after the incident occurred, unless the condition or issue is on-going. The inmate filing the grievance or request must personally prepare this statement. Upon collection by Inmate Grievance and Request Program (IGRP) staff, IGRP staff will time-stamp and issue it a grievance/request reference number. IGRP staff shall provide the inmate with a copy of this form as a record of receipt within two business days of receiving it.

Request or Grievance:

on today's date October 24th 2017 As I waited for court in the bullpens in AMKC my name was called as a red I.d with no reason given, thus forcing me to be shackeled at my feet, waist and with safety mittens and mask on while being transported in a single man cage for over 8 hours having been given no permittable reason.

Action Requested by Inmate:

I request that the red I.d be immediateley remaired with an explanation as to why.

Please read below and check the correct box:

| | | |
|---|---|---|
| Do you agree to have your statement edited for clarification by IGRP staff? | ☑ Yes | ☐ No |
| Do you need the IGRP staff to write the grievance or request for you? | ☐ Yes | ☑ No |
| Have you filed this grievance or request with a court or other agency? | ☐ Yes | ☑ No |
| Did you require the assistance of an interpreter? | ☐ Yes | ☑ No |

Inmate's Signature: [signature] Date of Signature: 10/24/17

For DOC Office Use Only

IGRP RETAINS THE DOUBLE-SIDED ORIGINAL FOR ADMINISTRATIVE RECORDS.
IGRP MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

| Time Stamp Below: | Grievance and Request Reference #: | Category: |
|---|---|---|
| NYC DEPT OF CORRECTION CONSTITUENT & GRIEVANCE SVC 2017 OCT 27 A 11:00 | NG | Status as Red ID #8 |
| | Inmate Grievance and Request Program Staff's Signature: [signature] | |



# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## INMATE GRIEVANCE AND REQUEST PROGRAM

## DISPOSITION FORM

Form: # 7102R
Eff.: 09/10/12
Ref.: Dir. #3376

| Grievance/Request Reference #: Ramirez, Carlos #3601700204 | Date Filed: 10/27/17 | Facility: AMKC WEST 19UA |
|---|---|---|

| Title of Grievance or Request: Non-Grievable: Status as a RED ID | Category: 8 |
|---|---|

From IGRP Inmate Statement Form, print or type short description of request/grievance:

On 10/24/17 as I waited for court in the bullpens in AMKC, my name was called as a Red ID with no reason given, thus forcing me to be shackled at my feet, waist and with safety mittens and mask on while being transported in a single man cage for over 8 hours having been given no permittable reason

Action Requested by Inmate: I request that the Red ID be immediately removed with an explanation as to why

### STEP 1: INFORMAL RESOLUTION

Check one box: ☐ Grievance ☐ Request ☒ Submission not subject to the IGRP process.

The Inmate Grievance and Request Program proposes to informally resolve your grievance or request as follows below. Alternatively, IGRP staff shall provide an explanation for why the submission is not subject to the IGRP process.

OCGS reviewed this complaint and determined that it is not subject to the grievance process. This complaint has been sent to the Warden's office.

Action Requested-Modified

Are you satisfied with the proposed resolution?

☐ Yes, I accept the resolution. ☐ No

I request a formal hearing of the Inmate Grievance Resolution Committee within 5 business days from notification of the proposed resolution. I understand that if my submission involves a request to exercise religious beliefs or practices not currently available, then the Committee on Religious Accommodations will review my request

| Inmate's Signature: | Date: | Grievance Supervisor's Signature: [signature] | Date: 10/30/17 |
|---|---|---|---|

```
30-OCT-17 10:10        Inmate Classification Inquriy (QCL) - Reclass

BK&CS: 3601700204    Name: RAMIREZ, CARLOS                NYSID: 13944912P
Activity Date: 02-OCT-17 Time: 07:55:09                   State Code:
   Classification Indicators                   High Charge Score Total
1. Severity of High Current Charge/Offense:       220.21     5
2. Severity of High Prior Conviction Within 7 Yrs:
3. History of Escapes: < 7 Yrs Charge Score > 7 Yrs Charge Score
              Serious:
                Minor:
4. Institutional Conduct Within 7 Yrs:                       1
5. Current Age: 25
6. Current Security Risk Group Membership: N
                                          Subtotal (1 - 6)         6
7. # Disciplinary Convictions Within 60 Days: None          -2
8. Most Serious Disciplinary Conv Within 60 Days:
9. Satisfactory Participation in an Approved Activity #1:   #2:
                         Institutional Behavior Score (7 - 9)     -2
                                           Total Custody Score     4

Spec Hou Rev Type:      Date Spec Hou Rev Compl
Population: GP   GENERAL POPULATION       Custody Level: MIN  Override:
Remarks:

Branch to:           Press Page Down/Up for Next Record       INM_CLASS_ACT
```

30-OCT-17 10:09 INMATE INQUIRY SCREEN(QINQ)

BK&CS: 3601700204 Name: RAMIREZ, CARLOS NYSID: 13944912P
Remarks:
Status: DE DOB: 15-OCT-91 (26) Admit Date: 01-AUG-17 Admit Loc: SNC9 SRG?:
Hou Loc: AMKC W19UA Current Loc: AMKC Perp_SS? Heat Sens?: Red ID?: Y
Transferred from: SNC7 Transferred to: AMKC OTP? No ICE Interv? War?:
Transfer Date: 24-OCT-17 Class: GP MIN PSEG Time Owed: ICR? ERS?:
Sentence Date: Projected Discharge Date: Sent#:
Sentence Time: Discharge Date: Split Sent:
Next Court Date: 05-DEC-17 Discharge Code: All JTIM Entered?:

BAIL INFORMATION

| DOCKET# | INDICT# | CHARGE | CONV DATE | SENT DATE | BAIL | Disp. |
|---|---|---|---|---|---|---|
| 2017NY034478 | 02608/2017 | 220.21 | | | 100,000 | CTD |

Branch to: INM_DET_INQ

C. RAMIREZ
3601700204
18-18 HAZEN st
QNS, NY, 11370




2018 JAN 11 PM

USMP3
SDNY

To U.S.D.C.
Southern District
500 PEARL st
ROOM [illegible] / PRO SE
NY NY 10007

1000781330 C014

© USPS 2016

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

